**Dismiss and Opinion Filed February 4, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01035-CV

### PRICEVISION, INC., Appellant
### V.
### BROACH BILT MANUFACTURING, INC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03003-2020**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Nowell

Before the Court is appellant's unopposed motion to dismiss this appeal because the parties have settled their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Erin A. Nowell//
211035f.p05            ERIN A. NOWELL
                   JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PRICEVISION, INC., Appellant

No. 05-21-01035-CV          V.

BROACH BILT
MANUFACTURING, INC, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-03003-
2020.
Opinion delivered by Justice Nowell.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.


Judgment entered this 4th day of February, 2022.